*Caudle, Ellis N. Slack* and *S. Walter Shine* for the United States. ▊

No. 660. SPANEL *v.* BERKMAN ET AL. C. A. 7th Cir. Certiorari denied. *Max Swiren* for petitioner. *Francis L. Daily* for respondents. ▊

No. 666. BROOKLYN & RICHMOND FERRY CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *A. Chauncey Newlin* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Irving I. Axelrad* for respondent. ▊

No. 684. WOLFE ET AL. *v.* PHILLIPS ET AL. C. A. 10th Cir. Certiorari denied. *James W. Bounds* for petitioners. *Jack T. Conn* for respondents. ▊

No. 598. HENRY *v.* HODGES, COMMANDING GENERAL. C. A. 2d Cir. Smith substituted for Hodges as the party respondent herein. Certiorari denied. *Robert N. Gorman* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Philip R. Monahan.* ▊

No. 607. BECKER *v.* WEBSTER, COMMANDING OFFICER. C. A. 2d Cir. Certiorari denied. *Edward A. Lipton* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Philip R. Monahan* for respondent. ▊

No. 646. CRAWFORD *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied. ▊